In the Matter of JACOB REISS, Bankrupt, Appellant.

Circuit Court of Appeals, Second Circuit. May 23, 1929.

No. 364.

William A. Blank, of Brooklyn, N. Y., for appellant.

Harold Remington, of New York City, for appellee.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM. Order (34 F.(2d) 78) affirmed in open court.